UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PATRICK BERTRAND,

        Plaintiffs,

     v.

JUSTIN GIARLA,

        Defendants.

Case No.  17-cv-06820-SI  (SI)

**PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: December 7, 2018 at 3:00 PM.
Counsel **must** file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: January 18, 2019.

DESIGNATION OF EXPERTS: December 7, 2018; REBUTTAL: December 17, 2018;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: January 18, 2019.

DISPOSITIVE MOTIONS **SHALL** be filed by; January 25, 2019;
    Opp. Due: February 8, 2019; Reply Due: February 15, 2019;
    and set for hearing no later than March 1, 2019 at 10:00 AM.

PRETRIAL CONFERENCE DATE: April 2, 2019 at 3:30 PM.

JURY TRIAL DATE: April 15, 2019 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be n/a days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The parties shall participate in a court sponsored ENE session within 60 days.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

   **IT IS SO ORDERED**.

Dated: 10/2/18

SUSAN ILLSTON
United States District Judge